IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

ISKANDARI SHAMSI,
    Plaintiff,

v.                                    Civil No. 3:20cv526 (DJN)

LAITH & AMR, INC., *et al.*,
    Defendants.

**ORDER**

This matter comes before the Court on the parties' Joint Motion for Settlement Approval (ECF No. 11), moving to approve the parties' final settlement agreement (ECF No. 11-1). On August 13, 2020, the Court conducted an on-the-record telephonic settlement approval hearing. For the reasons stated during the approval hearing, the Court hereby GRANTS the parties' Joint Motion (ECF No. 11) and APPROVES the final settlement agreement (ECF No. 11-1) as fair and adequate. Pursuant to the terms of the settlement agreement, the Court hereby DISMISSES WITH PREJUDICE all claims by Plaintiff against Defendants.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                     ____/s/_____
                                                     David J. Novak
                                                     United States District Judge

Richmond, Virginia
Date: <u>August 13, 2020</u>